# Exhibit 7



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 29, 2019

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *10,018,371*
ISSUE DATE: *July 10, 2018*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY
Certifying Officer



US010018371B2

## (12) United States Patent
### Steinberg et al.

(10) Patent No.: **US 10,018,371 B2**
(45) Date of Patent: ***Jul. 10, 2018**

(54) **SYSTEM, METHOD AND APPARATUS FOR IDENTIFYING MANUAL INPUTS TO AND ADAPTIVE PROGRAMMING OF A THERMOSTAT**

(71) Applicant: **EcoFactor, Inc.**, Redwood City, CA (US)

(72) Inventors: **John Douglas Steinberg**, Millbrae, CA (US); **Scott Douglas Hublou**, Redwood City, CA (US); **Leo Cheung**, Sunnyvale, CA (US)

(73) Assignee: **EcoFactor, Inc.**, Redwood City, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/878,872**

(22) Filed: **Oct. 8, 2015**

(65) **Prior Publication Data**
US 2016/0091219 A1    Mar. 31, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/082,675, filed on Nov. 18, 2013, now Pat. No. 9,194,597, which is a (Continued)

(51) **Int. Cl.**
  F24F 11/00    (2006.01)
  G05B 19/042   (2006.01)
  G05D 23/19    (2006.01)

(52) **U.S. Cl.**
  CPC .......... *F24F 11/006* (2013.01); *F24F 11/001* (2013.01); *F24F 11/0009* (2013.01); (Continued)

(58) **Field of Classification Search**
  CPC .... F24F 11/0009; F24F 11/001; F24F 11/006; F24F 11/0086; F24F 2011/0057; (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,136,732 A | 1/1979 | Demaray et al. |
| 4,270,693 A | 6/1981 | Hayes |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0415747 A2 | 3/1991 |
| EP | 1102500 A2 | 5/2001 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/805,705, filed Jun. 10, 2010, Crabtree.
(Continued)

*Primary Examiner* — Marc Norman
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

Systems and methods are disclosed for incorporating manual changes to the setpoint for a thermostatic controller into long-term programming of the thermostatic controller. For example, one or more of the exemplary systems compares the actual setpoint at a given time for the thermostatic controller to an expected setpoint for the thermostatic controller in light of the scheduled programming. A determination is then made as to whether the actual setpoint and the expected setpoint are the same or different. Furthermore, a manual change to the actual setpoint for the thermostatic controller is compared to previously recorded setpoint data for the thermostatic controller. At least one rule is then applied for the interpretation of the manual change in light of the previously recorded setpoint data.

**24 Claims, 11 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 08-28-2019

### Related U.S. Application Data

continuation of application No. 12/778,052, filed on May 11, 2010, now Pat. No. 8,596,550.

(60) Provisional application No. 61/215,999, filed on May 12, 2009.

(52) **U.S. Cl.**
CPC ...... *F24F 11/0086* (2013.01); *G05B 19/0426* (2013.01); *G05D 23/1904* (2013.01); *F24F 2011/0057* (2013.01); *F24F 2011/0061* (2013.01); *F24F 2011/0064* (2013.01); *F24F 2011/0068* (2013.01); *F24F 2011/0093* (2013.01); *G05B 2219/23199* (2013.01); *G05B 2219/2614* (2013.01)

(58) **Field of Classification Search**
CPC ....... F24F 2011/0061; F24F 2011/0064; F24F 2011/0068; F24F 2011/0093; G05B 19/0426; G05B 2219/23199; G05B 2219/2614; G05D 23/1904
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,341,345 A | 7/1982 | Hammer et al. | |
| 4,403,644 A | 9/1983 | Hebert | |
| 4,451,879 A * | 5/1984 | Welch | G05B 7/02 318/591 |
| 4,475,685 A | 10/1984 | Grimado et al. | |
| 4,655,279 A | 4/1987 | Harmon | |
| 4,674,027 A | 6/1987 | Beckey | |
| 4,675,828 A | 6/1987 | Winston | |
| 4,702,305 A | 10/1987 | Beckey et al. | |
| 4,702,413 A | 10/1987 | Beckey et al. | |
| 4,897,798 A | 1/1990 | Cler | |
| 5,124,502 A | 6/1992 | Nelson et al. | |
| 5,244,146 A | 9/1993 | Jefferson et al. | |
| 5,270,952 A | 12/1993 | Adams et al. | |
| 5,279,458 A | 1/1994 | Dewolf et al. | |
| 5,297,838 A | 3/1994 | Juravich | |
| 5,314,004 A | 5/1994 | Strand et al. | |
| 5,348,078 A | 9/1994 | Dushane et al. | |
| 5,454,511 A | 10/1995 | Van Ostrand et al. | |
| 5,462,225 A | 10/1995 | Massara et al. | |
| 5,544,036 A | 8/1996 | Brown et al. | |
| 5,555,927 A | 9/1996 | Shah | |
| 5,572,438 A | 11/1996 | Ehlers et al. | |
| 5,682,949 A | 11/1997 | Ratcliffe et al. | |
| 5,706,190 A | 1/1998 | Russ et al. | |
| 5,717,609 A | 2/1998 | Packa et al. | |
| 5,725,148 A | 3/1998 | Hartman | |
| 5,729,474 A | 3/1998 | Hildebrand et al. | |
| 5,818,347 A | 10/1998 | Dolan et al. | |
| 5,839,654 A | 11/1998 | Weber | |
| 5,977,964 A | 11/1999 | Williams et al. | |
| 6,079,626 A | 6/2000 | Hartman | |
| 6,115,713 A | 9/2000 | Pascucci et al. | |
| 6,145,751 A | 11/2000 | Ahmed | |
| 6,178,362 B1 | 1/2001 | Woolard et al. | |
| 6,223,544 B1 | 5/2001 | Seem | |
| 6,241,156 B1 | 6/2001 | Kline et al. | |
| 6,260,765 B1 | 7/2001 | Natale et al. | |
| 6,351,693 B1 | 2/2002 | Monie | |
| 6,400,956 B1 | 6/2002 | Richton | |
| 6,400,996 B1 | 6/2002 | Hoffberg et al. | |
| 6,437,692 B1 | 8/2002 | Petite et al. | |
| 6,449,534 B1 | 9/2002 | Stewart | |
| 6,454,177 B1 | 9/2002 | Sasao et al. | |
| 6,478,233 B1 | 11/2002 | Shah | |
| 6,480,803 B1 | 11/2002 | Pierret et al. | |
| 6,483,906 B1 | 11/2002 | Lggulden et al. | |
| 6,536,675 B1 | 3/2003 | Pesko et al. | |
| 6,542,076 B1 | 4/2003 | Joao | |
| 6,549,130 B1 | 4/2003 | Joao | |
| 6,574,537 B2 | 6/2003 | Kipersztok et al. | |
| 6,580,950 B1 | 6/2003 | Johnson et al. | |
| 6,594,825 B1 | 7/2003 | Goldschmidtlki et al. | |
| 6,595,430 B1 | 7/2003 | Shah | |
| 6,598,056 B1 | 7/2003 | Hull et al. | |
| 6,619,555 B2 | 9/2003 | Rosen | |
| 6,622,097 B2 | 9/2003 | Hunter | |
| 6,622,115 B1 | 9/2003 | Brown et al. | |
| 6,622,925 B2 | 9/2003 | Carner et al. | |
| 6,622,926 B1 | 9/2003 | Sartain et al. | |
| 6,628,997 B1 | 9/2003 | Fox et al. | |
| 6,633,823 B2 | 10/2003 | Bartone et al. | |
| 6,643,567 B2 | 11/2003 | Kolk et al. | |
| 6,644,098 B2 | 11/2003 | Cardinale et al. | |
| 6,671,586 B2 | 12/2003 | Davis et al. | |
| 6,695,218 B2 | 2/2004 | Fleckenstein | |
| 6,700,224 B2 | 3/2004 | Biskup, Sr. | |
| 6,726,113 B2 | 4/2004 | Guo | |
| 6,731,992 B1 | 5/2004 | Ziegler | |
| 6,734,806 B1 | 5/2004 | Cratsley | |
| 6,772,052 B1 | 8/2004 | Amundsen | |
| 6,785,592 B1 | 8/2004 | Smith | |
| 6,785,630 B2 | 8/2004 | Kolk | |
| 6,786,421 B2 | 9/2004 | Rosen | |
| 6,789,739 B2 | 9/2004 | Rosen | |
| 6,845,918 B2 | 1/2005 | Rotondo | |
| 6,853,959 B2 | 2/2005 | Ikeda et al. | |
| 6,868,293 B1 | 3/2005 | Schurr | |
| 6,868,319 B2 | 3/2005 | Kipersztok et al. | |
| 6,882,712 B1 | 4/2005 | Iggulden et al. | |
| 6,889,908 B2 | 5/2005 | Crippen et al. | |
| 6,891,838 B1 | 5/2005 | Petite et al. | |
| 6,912,429 B1 | 6/2005 | Bilger | |
| 6,981,383 B2 | 1/2006 | Shah et al. | |
| 6,991,029 B2 | 1/2006 | Orfield et al. | |
| 7,009,493 B2 | 3/2006 | Howard | |
| 7,031,880 B1 | 4/2006 | Seem et al. | |
| 7,039,532 B2 | 5/2006 | Hunter | |
| 7,061,393 B2 | 6/2006 | Buckingham et al. | |
| 7,089,088 B2 | 8/2006 | Terry et al. | |
| 7,130,719 B2 | 10/2006 | Ehlers et al. | |
| 7,130,832 B2 | 10/2006 | Bannai et al. | |
| H2176 H | 12/2006 | Meyer et al. | |
| 7,167,079 B2 | 1/2007 | Smyth et al. | |
| 7,187,986 B2 | 3/2007 | Johnson et al. | |
| 7,205,892 B2 | 4/2007 | Luebke et al. | |
| 7,206,670 B2 | 4/2007 | Pimputkar et al. | |
| 7,215,746 B2 | 5/2007 | Iggulden et al. | |
| 7,216,015 B2 | 5/2007 | Poth | |
| 7,231,424 B2 | 6/2007 | Bodin et al. | |
| 7,232,075 B1 | 6/2007 | Rosen | |
| 7,242,988 B1 | 7/2007 | Hoffberg et al. | |
| 7,260,823 B2 | 8/2007 | Schlack et al. | |
| 7,356,384 B2 | 4/2008 | Gull et al. | |
| 7,476,020 B2 | 1/2009 | Zufferey et al. | |
| 7,483,964 B1 | 1/2009 | Jackson et al. | |
| 7,590,469 B2 | 9/2009 | Grohman | |
| 7,644,869 B2 | 1/2010 | Hoglund et al. | |
| 7,702,424 B2 | 4/2010 | Cannon et al. | |
| 7,758,729 B1 | 7/2010 | DeWhitt | |
| 7,784,704 B2 | 8/2010 | Harter | |
| 7,848,900 B2 | 12/2010 | Steinberg et al. | |
| 7,869,904 B2 | 1/2011 | Cannon et al. | |
| 7,894,943 B2 | 2/2011 | Sloup et al. | |
| 7,908,116 B2 | 3/2011 | Steinberg et al. | |
| 7,908,117 B2 | 3/2011 | Steinberg et al. | |
| 7,983,795 B2 | 7/2011 | Josephson et al. | |
| 8,010,237 B2 | 8/2011 | Cheung et al. | |
| 8,019,567 B2 | 9/2011 | Steinberg et al. | |
| D646,990 S | 10/2011 | Rhodes | |
| 8,090,477 B1 | 1/2012 | Steinberg | |
| 8,131,497 B2 | 3/2012 | Steinberg et al. | |
| 8,131,506 B2 | 3/2012 | Steinberg et al. | |
| D659,560 S | 5/2012 | Rhodes | |
| 8,180,492 B2 | 5/2012 | Steinberg | |
| 8,340,826 B2 | 12/2012 | Steinberg et al. | |
| D673,467 S | 1/2013 | Lee et al. | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,412,488 B2 | 4/2013 | Steinberg et al. | |
| 8,423,322 B2 | 4/2013 | Steinberg et al. | |
| 8,428,782 B2 | 4/2013 | Imes | |
| 8,428,785 B2 | 4/2013 | Boucher et al. | |
| 8,457,797 B2 | 6/2013 | Imes et al. | |
| 8,498,753 B2 | 7/2013 | Steinberg et al. | |
| 8,556,188 B2 | 10/2013 | Steinberg | |
| 8,596,550 B2 | 12/2013 | Steinberg et al. | |
| 8,712,590 B2 | 4/2014 | Steinberg | |
| D705,095 S | 5/2014 | Steinberg et al. | |
| 8,738,327 B2 | 5/2014 | Steinberg et al. | |
| 8,740,100 B2 | 6/2014 | Steinberg | |
| 8,751,186 B2 | 6/2014 | Steinberg et al. | |
| 8,840,033 B2 | 9/2014 | Steinberg | |
| 8,850,348 B2 | 9/2014 | Fadell et al. | |
| 8,886,488 B2 | 11/2014 | Steinberg et al. | |
| 9,057,649 B2 | 6/2015 | Steinberg et al. | |
| 9,134,710 B2 | 9/2015 | Cheung et al. | |
| 9,188,994 B2 | 11/2015 | Steinberg | |
| 9,194,597 B2 | 11/2015 | Steinberg et al. | |
| 9,244,470 B2 | 1/2016 | Steinberg | |
| 9,279,594 B2 | 3/2016 | Steinberg | |
| 9,709,292 B2 | 7/2017 | Steinberg | |
| 2001/0025349 A1 | 9/2001 | Sharood et al. | |
| 2003/0040934 A1 | 2/2003 | Skidmore et al. | |
| 2004/0065095 A1 | 4/2004 | Osborne et al. | |
| 2004/0176880 A1 | 9/2004 | Obradovich et al. | |
| 2005/0222889 A1 | 10/2005 | Lai et al. | |
| 2005/0288822 A1 | 12/2005 | Rayburn | |
| 2006/0045105 A1 | 3/2006 | Dobosz et al. | |
| 2006/0214014 A1 | 9/2006 | Bash et al. | |
| 2006/0283965 A1 | 12/2006 | Mueller et al. | |
| 2007/0043477 A1 | 2/2007 | Ehlers et al. | |
| 2007/0045431 A1 | 3/2007 | Chapman et al. | |
| 2007/0146126 A1 | 6/2007 | Wang | |
| 2008/0083234 A1 | 4/2008 | Krebs et al. | |
| 2008/0083834 A1 | 4/2008 | Krebs et al. | |
| 2008/0198549 A1 | 8/2008 | Rasmussen et al. | |
| 2008/0281472 A1 | 11/2008 | Podgorny et al. | |
| 2009/0005070 A1 | 1/2009 | Forstall et al. | |
| 2009/0018673 A1 | 1/2009 | Dushane et al. | |
| 2009/0052859 A1 | 2/2009 | Greenberger et al. | |
| 2009/0057426 A1 | 3/2009 | Sullivan et al. | |
| 2009/0062970 A1 | 3/2009 | Forbes et al. | |
| 2009/0065596 A1 | 3/2009 | Seem et al. | |
| 2009/0099699 A1 | 4/2009 | Steinberg et al. | |
| 2009/0125151 A1 | 5/2009 | Steinberg et al. | |
| 2009/0188985 A1 | 7/2009 | Scharing et al. | |
| 2009/0240381 A1 | 9/2009 | Lane | |
| 2009/0271013 A1 | 10/2009 | Chen | |
| 2009/0281667 A1 | 11/2009 | Masui et al. | |
| 2010/0019052 A1 | 1/2010 | Yip | |
| 2010/0070086 A1 | 3/2010 | Harrod et al. | |
| 2010/0070089 A1 | 3/2010 | Harrod et al. | |
| 2010/0070093 A1 | 3/2010 | Harrod et al. | |
| 2010/0156608 A1 | 6/2010 | Bae et al. | |
| 2010/0162285 A1 | 6/2010 | Cohen et al. | |
| 2010/0211224 A1 | 8/2010 | Keeling et al. | |
| 2010/0235004 A1 | 9/2010 | Thind | |
| 2010/0289643 A1 | 11/2010 | Trundle et al. | |
| 2010/0318227 A1 | 12/2010 | Steinberg et al. | |
| 2011/0031323 A1 | 2/2011 | Nold et al. | |
| 2011/0046792 A1 | 2/2011 | Imes et al. | |
| 2011/0046798 A1 | 2/2011 | Imes et al. | |
| 2011/0046799 A1 | 2/2011 | Imes et al. | |
| 2011/0046800 A1 | 2/2011 | Imes et al. | |
| 2011/0046801 A1 | 2/2011 | Imes et al. | |
| 2011/0051823 A1 | 3/2011 | Imes et al. | |
| 2011/0054699 A1 | 3/2011 | Imes et al. | |
| 2011/0054710 A1 | 3/2011 | Imes et al. | |
| 2011/0173542 A1 | 7/2011 | Imes et al. | |
| 2011/0202185 A1 | 8/2011 | Imes et al. | |
| 2011/0214060 A1 | 9/2011 | Imes et al. | |
| 2011/0224838 A1 | 9/2011 | Imes et al. | |
| 2011/0246898 A1 | 10/2011 | Imes et al. | |
| 2011/0253796 A1 | 10/2011 | Posa et al. | |
| 2011/0290893 A1 | 12/2011 | Steinberg | |
| 2011/0307101 A1 | 12/2011 | Imes et al. | |
| 2012/0023225 A1 | 1/2012 | Imes et al. | |
| 2012/0046859 A1 | 2/2012 | Imes et al. | |
| 2012/0064923 A1 | 3/2012 | Imes et al. | |
| 2012/0065935 A1 | 3/2012 | Steinberg et al. | |
| 2012/0072033 A1 | 3/2012 | Imes et al. | |
| 2012/0086562 A1 | 4/2012 | Steinberg | |
| 2012/0093141 A1 | 4/2012 | Imes et al. | |
| 2012/0101637 A1 | 4/2012 | Imes et al. | |
| 2012/0135759 A1 | 5/2012 | Imes et al. | |
| 2012/0186774 A1* | 7/2012 | Matsuoka | G05B 15/02 165/11.1 |
| 2012/0215725 A1 | 8/2012 | Imes et al. | |
| 2012/0221151 A1 | 8/2012 | Steinberg | |
| 2012/0221718 A1 | 8/2012 | Imes et al. | |
| 2012/0252430 A1 | 10/2012 | Imes et al. | |
| 2012/0324119 A1 | 12/2012 | Imes et al. | |
| 2013/0053054 A1 | 2/2013 | Lovitt et al. | |
| 2013/0054758 A1 | 2/2013 | Imes et al. | |
| 2013/0054863 A1 | 2/2013 | Imes et al. | |
| 2013/0060387 A1 | 3/2013 | Imes et al. | |
| 2013/0073094 A1 | 3/2013 | Knapton et al. | |
| 2013/0144453 A1 | 6/2013 | Subbloie | |
| 2013/0167035 A1 | 6/2013 | Imes et al. | |
| 2013/0173064 A1 | 7/2013 | Fadell et al. | |
| 2013/0178985 A1 | 7/2013 | Lombard et al. | |
| 2013/0226502 A1 | 8/2013 | Steinberg et al. | |
| 2013/0310989 A1 | 11/2013 | Steinberg et al. | |
| 2013/0338837 A1 | 12/2013 | Hublou et al. | |
| 2014/0039690 A1 | 2/2014 | Steinberg | |
| 2014/0058567 A1 | 2/2014 | Matsuoka et al. | |
| 2014/0229018 A1 | 8/2014 | Steinberg | |
| 2014/0316581 A1 | 10/2014 | Fadell et al. | |
| 2015/0021405 A1 | 1/2015 | Steinberg | |
| 2015/0025691 A1 | 1/2015 | Fadell et al. | |
| 2015/0043615 A1 | 2/2015 | Steinberg et al. | |
| 2015/0120235 A1 | 4/2015 | Steinberg et al. | |
| 2015/0142180 A1* | 5/2015 | Matsuoka | G05B 15/02 700/276 |
| 2015/0168001 A1 | 6/2015 | Steinberg | |
| 2015/0345822 A1 | 12/2015 | Steinberg et al. | |
| 2016/0061474 A1 | 3/2016 | Cheung et al. | |
| 2016/0097557 A1 | 4/2016 | Steinberg | |
| 2016/0138822 A1 | 5/2016 | Steinberg | |
| 2016/0238270 A1 | 8/2016 | Steinberg | |
| 2016/0258822 A1 | 9/2016 | Steinberg et al. | |
| 2016/0363337 A1 | 12/2016 | Steinberg et al. | |
| 2017/0241662 A1 | 8/2017 | Steinberg et al. | |
| 2017/0336090 A1 | 11/2017 | Steinberg | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2372263 A2 | 5/2011 |
| GB | 2408592 A | 6/2005 |
| JP | 05-189659 | 7/1993 |
| JP | 2010-038377 | 2/2010 |
| JP | 2010-286218 | 12/2010 |
| KR | 10-1994-0011902 | 6/1994 |
| KR | 10-1999-0070368 | 9/1999 |
| KR | 10-2000-0059532 | 10/2000 |
| WO | WO 2005/098331 A1 | 10/2005 |
| WO | WO 2009/036764 A2 | 3/2009 |
| WO | WO 2011/011404 A1 | 1/2011 |
| WO | WO 2011/100427 A2 | 8/2011 |
| WO | WO 2011/149600 | 12/2011 |
| WO | WO 2012/024534 | 2/2012 |
| WO | WO 2013/187996 | 12/2013 |

OTHER PUBLICATIONS

U.S. Appl. No. 13/470,074, filed Aug. 30, 2012, Steinberg.
U.S. Appl. No. 13/523,697, filed Jun. 14, 2012, Hublou et al.
U.S. Appl. No. 13/725,447, filed Jun. 6, 2013, Steinberg.
U.S. Appl. No. 13/729,401, filed Dec. 28, 2012, Sloop.
U.S. Appl. No. 13/852,577, filed Mar. 28, 2013, Steinberg et al.
U.S. Appl. No. 13/858,710, filed Sep. 5, 2013, Steinberg et al.

(56) **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 13/861,189, filed Apr. 11, 2013, Steinberg et al.
U.S. Appl. No. 14/082,675, filed Nov. 18, 2003, Steinberg et al.
U.S. Appl. No. 14/263,762, filed Apr. 28, 2014, Steinberg.
U.S. Appl. No. 14/285,384, filed May 22, 2014, Steinberg, et al.
U.S. Appl. No. 14/292,377, filed May 30, 2014, Steinberg.
U.S. Appl. No. 14/491,554, filed Sep. 19, 2014, Steinberg.
U.S. Appl. No. 14/527,443, filed Oct. 29, 2014, Steinberg, et al.
U.S. Appl. No. 14/731,221, filed Jun. 4, 2015, Steinberg, et al.
Arens, et al, "How Ambient Intelligence Will Improve Habitability and Energy Efficiency in Buildings", 2005, research paper, Center for the Built Environment, Controls and Information Technology.
Bourhan, et al., "Cynamic model of an HVAC system for control analysis", Elsevier 2004.
Brush, et al., Preheat—Controlling Home Heating with Occupancy Prediction, 2013.
Comverge SuperStat Flyer, prior to Jun. 28, 2007.
Control4 Wireless Thermostat Brochure, 2006.
Cooper Power Systems Web Page, 2000-2009.
Emerson Climate Technologies, "Network Thermostat for E2 Building Controller Installation and Operation Manual", 2007.
Enernoc Web Page, 2004-2009.
Enerwise Website, 1999-2009.
Gupta, Adding GPS-Control to Traditional Thermostats: An Exploration of Potential Energy Savings and Design Challenges, MIT, 2009.
Gupta, et al., A Persuasive GPS-Controlled Thermostat System, MIT, 2008.
Honeywell Programmable Thermostat Owner's Guide, www.honeywell.com/yourhome, 2004.
Honeywell, W7600/W7620 Controller Reference Manual, HW0021207, Oct. 1992.
Johnson Controls, "T600HCx-3 Single-Stage Thermostats", 2006.
Johnson Controls, Touch4 building automation system brochure, 2007.
Kilicotte, et al., "Dynamic Controls for Energy Efficiency and Demand Response: Framework Concepts and a New Construction Study Case in New York", Proceedings of the 2006 ACEEE Summer Study of Energy Efficiency in Buildings, Pacific Grove. CA, Aug. 13-18, 2006.
Krumm, et al., Learning Time-Based Presence Probabilities, Jun. 2011.
Lin, et al., "Multi-Sensor Single-Actuator Control of HVAC Systems", 2002.
Pier, Southern California Edison, Demand Responsive Control of Air Conditioning via Programmable Communicating Thermostats Draft Report, Feb. 14, 2006.
Proliphix Thermostat Brochure, prior to Jun. 2007.
Raji, "Smart Networks for Control", IEEE Spectrum, Jun. 1994.
Scott, et al., Home Heating Using GPS-Based Arrival Prediction, 2010.
Wang, et al., "Opportunities to Save Energy and Improve Comfort by Using Wireless Sensor Networks in Buildings," (2003), Center for Environmental Design Research.
Wetter, et al., A comparison of deterministic and probabilistic optimization algorithms for non-smooth simulation-based optimization, Building and Environment 39, 2004, pp. 989-999.
International Search Report and Written Opinion for PCT/US2013/035726, dated Aug. 6, 2013.
Written Opinion and Search Report for PCT/US2011/032537, dated Dec. 12, 2011.
International Preliminary Report on Patentability in PCT/US2013/035726 dated Dec. 16, 2014.
Cheng et al., "Smart Sensors Enable Smart Air Conditioning Control", Sensors 2014, ISSN 1424-8220, Jun. 24, 2014, 25 pages.
Gunes et al., "Improving Energy Efficiency and Thermal Comfort of Smart Buildings with HVAC Systems in the Presence of Sensor Faults", IEEE, Aug. 24-26, 2015, 6 pages.
Simmini et al., Energy Efficient Control and Fault Detection for HVAC Systems, Univ. of Padova, XXVI Series, 2014, 144 pages.
Sklavounos, "Detection of Abnormal Situations and Energy Efficiency Control in Heating Ventilation and Air Conditioning (HVAC) Systems", Brunel University thesis, Sep. 2015, 151 pages.
Extended Search Report for European Application No. 13804057.1 dated Jun. 1, 2016.
U.S. Appl. No. 15/616,719, filed Jun. 7, 2017, Steinberg, et al.
Office Action in Canadian Application No. 2800491 dated Dec. 7, 2016.
Search Report in European Application No. 11787067.5 dated Aug. 14, 2017.
Extended Search Report for European Application No. 11818805.1 dated Jun. 9, 2017.
Examination Report in Australian Application No. 2013274827 dated Apr. 11, 2017.

\* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 2

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 4

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 5

<-_->



FIG. 6A

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 6B

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 7

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 8

Copy provided by USPTO from the PIRS Image Database on 08-28-2019



FIG. 9

Copy provided by USPTO from the PIRS Image Database on 08-28-2019

| Time | Temperature | | Outside Conditions | | | | | Inside Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (hh24:mm) | Inside Temp. | Outside Temp. | Conditions | Humidity | Pressure | Wind Speed | Wind Direction | Cool Setting | Heat Setting | Hold Mode | Schd Setting | Schd Cool | Schd Heat | Hvac State | Hvac Mode |
| 2009/04/10 11:00 | 69.70 | 54.00 | Mostly Cloudy | 74% | 29.89in/ 1012.1hPa Steady | 1.0mph 1.6kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:01 | 69.69 | 54.10 | Overcast | 74% | 29.89in/ 1012.1hPa Rising | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:02 | 69.60 | 54.10 | Overcast | 74% | 29.89in/ 1012.1hPa Steady | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:03 | 69.70 | 54.10 | Overcast | 74% | 29.89in/ 1012.1hPa Rising | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:04 | 69.70 | 54.10 | Overcast | 74% | 29.89in/ 1012.1hPa Steady | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:05 | 69.70 | 54.10 | Overcast | 74% | 29.89in/ 1012.1hPa Rising | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:06 | 69.80 | 54.70 | Overcast | 72% | 29.89in/ 1012.1hPa Steady | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:07 | 69.80 | 54.70 | Overcast | 72% | 29.89in/ 1012.1hPa Rising | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:08 | 70.00 | 54.70 | Overcast | 72% | 29.89in/ 1012.1hPa Steady | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:09 | 70.00 | 54.70 | Overcast | 72% | 29.89in/ 1012.1hPa Rising | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |
| 2009/04/10 11:10 | 70.00 | 54.70 | Overcast | 72% | 29.89in/ 1012.1hPa Steady | 2.0mph 3.2kph | SE | 80.00 | 71.00 | Off | Out/Day | 80.00 | 65.00 | Heat | Heat |

FIG. 10

Copy provided by USPTO from the PIRS Image Database on 08-28-2019

# SYSTEM, METHOD AND APPARATUS FOR IDENTIFYING MANUAL INPUTS TO AND ADAPTIVE PROGRAMMING OF A THERMOSTAT

## INCORPORATION BY REFERENCE TO RELATED APPLICATIONS

This application hereby incorporates herein by reference under 37 C.F.R. § 1.57 the entirety of the disclosure of each application set forth in the foreign and domestic priority sections of the Application Data Sheet filed herewith.

## BACKGROUND OF THE INVENTION

### Field of the Invention

Programmable thermostats have been available for more than 20 years. Programmable thermostats offer two types of advantages as compared to non-programmable devices. On the one hand, programmable thermostats can save energy in large part because they automate the process of reducing conditioning during times when the space is unoccupied, or while occupants are sleeping, and thus reduce energy consumption.

On the other hand, programmable thermostats can also enhance comfort as compared to manually changing setpoints using a non-programmable thermostat. For example, during the winter, a homeowner might manually turn down the thermostat from 70 degrees F. to 64 degrees when going to sleep and back to 70 degrees in the morning. The drawback to this approach is that there can be considerable delay between the adjustment of the thermostat and the achieving of the desired change in ambient temperature, and many people find getting out of bed, showering, etc. in a cold house unpleasant. A programmable thermostat allows homeowners to anticipate the desired result by programming a pre-conditioning of the home. So, for example, if the homeowner gets out of bed at 7 AM, setting the thermostat to change from the overnight setpoint of 64 degrees to 70 at 6 AM can make the house comfortable when the consumer gets up. The drawback to this approach is that the higher temperature will cost more to maintain, so the increase in comfort is purchased at the cost of higher energy usage.

But all of the advantages of a programmable thermostat depend on the match between the preferences of the occupants and the actual settings employed. If, for example, the thermostat is set to warm up the house on winter mornings at 7 AM, but the homeowner gets up at 5:30, the homeowner is likely to be dissatisfied. If a homeowner has programmed her thermostat to cool down the house at 5 PM each afternoon based on the assumption that she will come home at 6 PM, but her schedule changes and she begins to arrive home at 4:30 each day, she is likely to be uncomfortable and either make frequent manual changes or go through the generally non-intuitive process of reprogramming the thermostat to match her new schedule. Because the limited interface on most thermostats, that process may take considerable effort, which leads many users to avoid reprogramming their thermostats for long periods or even to skip doing so entirely.

But even if a homeowner is able to align her schedule with the programming of her thermostat, there are additional difficulties associated with choosing proper temperatures at those times. If the temperatures programmed into a thermostat do not accurately reflect the preferences of the occupants, those occupants are likely to resort to manual overrides of the programmed settings. The need to correct the "mistakes" of the thermostat is likely to annoy many users. And because people tend to overshoot the desired temperature when they make such manual changes, these overrides are likely to result in excessive heating and cooling, and thus unnecessary energy use. That is, if a person feels uncomfortable on a summer afternoon when the setting is 73 degrees, they are likely to change it to 68 or 69 rather than 71 or 72 degrees, even if 72 degrees might have made enough of a difference.

It would therefore be advantageous to have a means for adapting to signaling from occupants in the form of manual temperature changes and incorporating the information contained in such gestures into long-term programming. It would also be desirable to take into account both outside weather conditions and the thermal characteristics of individual homes in order to improve the ability to dynamically achieve the best possible balance between comfort and energy savings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an example of an overall environment in which an embodiment of the invention may be used.

FIG. **2** shows a high-level illustration of the architecture of a network showing the relationship between the major elements of one embodiment of the subject invention.

FIG. **3** shows an embodiment of the website to be used as part of the subject invention.

FIG. **4** shows a high-level schematic of the thermostat used as part of the subject invention.

FIG. **5** shows one embodiment of the database structure used as part of the subject invention.

FIGS. **6**A and **6**B show how comparing inside temperature against outside temperature and other variables permits calculation of dynamic signatures.

FIG. **7** shows how manual inputs can be recognized and recorded by the subject invention.

FIG. **8** shows how the subject invention uses manual inputs to interpret manual overrides and make short-term changes in response thereto.

FIG. **9** shows how the subject invention uses manual inputs to alter long-term changes to interpretive rules and to setpoint scheduling.

FIG. **10** shows an example of some of the contextual data that may be used by the server in order to interpret manual overrides.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** shows an example of an overall environment **100** in which an embodiment of the invention may be used. The environment **100** includes an interactive communication network **102** with computers **104** connected thereto. Also connected to network **102** are one or more server computers **106**, which store information and make the information available to computers **104**. The network **102** allows communication between and among the computers **104** and **106**.

Presently preferred network **102** comprises a collection of interconnected public and/or private networks that are linked to together by a set of standard protocols to form a distributed network. While network **102** is intended to refer to what is now commonly referred to as the Internet, it is also intended to encompass variations which may be made in the future, including changes additions to existing standard protocols.

Copy provided by USPTO from the PIRS Image Database on 08-28-2019

One popular part of the Internet is the World Wide Web. The World Wide Web contains a large number of computers **104** and servers **106**, which store HyperText Markup Language (HTML) and other documents capable of displaying graphical and textual information. HTML is a standard coding convention and set of codes for attaching presentation and linking attributes to informational content within documents.

The servers **106** that provide offerings on the World Wide Web are typically called websites. A website is often defined by an Internet address that has an associated electronic page. Generally, an electronic page is a document that organizes the presentation of text graphical images, audio and video.

In addition to the Internet, the network **102** can comprise a wide variety of interactive communication media. For example, network **102** can include local area networks, interactive television networks, telephone networks, wireless data systems, two-way cable systems, and the like.

Network **102** can also comprise servers **106** that provide services other than HTML documents. Such services may include the exchange of data with a wide variety of "edge" devices, some of which may not be capable of displaying web pages, but that can record, transmit and receive information.

In one embodiment, computers **104** and servers **106** are conventional computers that are equipped with communications hardware such as modem or a network interface card. The computers include processors such as those sold by Intel and AMD. Other processors may also be used, including general-purpose processors, multi-chip processors, embedded processors and the like.

Computers **104** can also be handheld and wireless devices such as personal digital assistants (PDAs), cellular telephones and other devices capable of accessing the network.

Computers **104** may utilize a browser configured to interact with the World Wide Web. Such browsers may include Microsoft Explorer, Mozilla, Firefox, Opera or Safari. They may also include browsers used on handheld and wireless devices.

The storage medium may comprise any method of storing information. It may comprise random access memory (RAM), electronically erasable programmable read only memory (EEPROM), read only memory (ROM), hard disk, floppy disk, CD-ROM, optical memory, or other method of storing data.

Computers **104** and **106** may use an operating system such as Microsoft Windows, Apple Mac OS, Linux, Unix or the like.

Computers **106** may include a range of devices that provide information, sound, graphics and text, and may use a variety of operating systems and software optimized for distribution of content via networks.

FIG. **2** illustrates in further detail the architecture of the specific components connected to network **102** showing the relationship between the major elements of one embodiment of the subject invention. Attached to the network are thermostats **108** and computers **104** of various users. Connected to thermostats **108** are HVAC units **110**. The HVAC units may be conventional air conditioners, heat pumps, or other devices for transferring heat into or out of a building. Each user may be connected to server **106** via wired or wireless connection such as Ethernet or a wireless protocol such as IEEE 802.11, and router and/or gateway or wireless access point **112** that connects the computer and thermostat to the Internet via a broadband connection such as a digital subscriber line (DSL) or other form of broadband connection to the World Wide Web. In one embodiment, thermostat management server **106** is in communication with the network **102**. Server **106** contains the content to be served as web pages and viewed by computers **104**, as well as databases containing information used by the servers, and applications used to remotely manage thermostats **108**.

In the currently preferred embodiment, the website **200** includes a number of components accessible to the user, as shown in FIG. **3**. Those components may include a means to store temperature settings **202**, a means to enter information about the user's home **204**, a means to enter the user's electricity bills **206**, and means to elect to enable the subject invention **208**.

FIG. **4** shows a high-level block diagram of thermostat **108** used as part of the subject invention. Thermostat **108** includes temperature sensing means **252**, which may be a thermistor, thermal diode or other means commonly used in the design of electronic thermostats. It includes a microprocessor **254**, memory **256**, a display **258**, a power source **260**, and at least one relay **262**, which turns the HVAC system on and off in response to a signal from the microprocessor, and contacts by which the relay is connected to the wires that lead to the HVAC system. To allow the thermostat to communicate bi-directionally with the computer network, the thermostat also includes means **264** to connect the thermostat to a local computer or to a wired or wireless network. Such means could be in the form of Ethernet, wireless protocols such as IEEE 802.11, IEEE 802.15.4, Bluetooth, or other wireless protocols. The thermostat may be connected to the computer network directly via wired or wireless Internet Protocol connection. Alternatively, the thermostat may connect wirelessly to a gateway such as an IP-to-Zigbee gateway, an IP-to-Z-wave gateway, or the like. Where the communications means enabled include wireless communication, antenna **266** will also be included. The thermostat **250** may also include controls **268** allowing users to change settings directly at the thermostat, but such controls are not necessary to allow the thermostat to function.

The data used to generate the content delivered in the form of the website and to automate control of thermostat **108** is stored on one or more servers **106** within one or more databases. As shown in FIG. **5**, the overall database structure **300** may include temperature database **400**, thermostat settings database **500**, energy bill database **600**, HVAC hardware database **700**, weather database **800**, user database **900**, transaction database **1000**, product and service database **1100** and such other databases as may be needed to support these and additional features.

The website will allow users of connected thermostats **108** to create personal accounts. Each user's account will store information in database **900**, which tracks various attributes relative to users. Such attributes may include the make and model of the specific HVAC equipment in the user's home; the age and square footage of the home, the solar orientation of the home, the location of the thermostat in the home, the user's preferred temperature settings, etc.

As shown in FIG. **3**, the website **200** will permit thermostat users to perform through the web browser substantially all of the programming functions traditionally performed directly at the physical thermostat, such as temperature set points, the time at which the thermostat should be at each set point, etc. Preferably the website will also allow users to accomplish more advanced tasks such as allow users to program in vacation settings for times when the HVAC system may be turned off or run at more economical settings,

and set macros that will allow changing the settings of the temperature for all periods with a single gesture such as a mouse click.

In addition to using the system to allow better signaling and control of the HVAC system, which relies primarily on communication running from the server to the thermostat, the bi-directional communication will also allow the thermostat 108 to regularly measure and send to the server information about the temperature in the building. By comparing outside temperature, inside temperature, thermostat settings, cycling behavior of the HVAC system, and other variables, the system will be capable of numerous diagnostic and controlling functions beyond those of a standard thermostat.

For example, FIG. 6a shows a graph of inside temperature, outside temperature and HVAC activity for a 24-hour period. When outside temperature 302 increases, inside temperature 304 follows, but with some delay because of the thermal mass of the building, unless the air conditioning 306 operates to counteract this effect. When the air conditioning turns on, the inside temperature stays constant (or rises at a much lower rate or even falls) despite the rising outside temperature. In this example, frequent and heavy use of the air conditioning results in only a very slight temperature increase inside the house of 4 degrees, from 72 to 76 degrees, despite the increase in outside temperature from 80 to 100 degrees.

FIG. 6b shows a graph of the same house on the same day, but assumes that the air conditioning is turned off from noon to 7 PM. As expected, the inside temperature 304a rises with increasing outside temperatures 302 for most of that period, reaching 88 degrees at 7 PM. Because server 106 logs the temperature readings from inside each house (whether once per minute or over some other interval), as well as the timing and duration of air conditioning cycles, database 300 will contain a history of the thermal performance of each house. That performance data will allow server 106 to calculate an effective thermal mass for each such structure—that is, the speed with the temperature inside a given building will change in response to changes in outside temperature. Because the server will also log these inputs against other inputs including time of day, humidity, etc. the server will be able to predict, at any given time on any given day, the rate at which inside temperature should change for given inside and outside temperatures.

The ability to predict the rate of change in inside temperature in a given house under varying conditions may be applied by in effect holding the desired future inside temperature as a constraint and using the ability to predict the rate of change to determine when the HVAC system must be turned, on in order to reach the desired temperature at the desired time.

In order to adapt programming to take into account the manual overrides entered into the thermostat, it is first necessary to determine when a manual override has in fact occurred. Most thermostats, including two-way communicating devices discussed herein, do not record such inputs locally, and neither recognize nor transmit the fact that a manual override has occurred. Furthermore, in a system as described herein, frequent changes in setpoints may be initiated by algorithms running on the server, thereby making it impossible to infer a manual override from the mere fact that the setpoint has changed. It is therefore necessary to deduce the occurrence of such events from the data that the subject invention does have access to.

FIG. 7 illustrates the currently preferred method for detecting the occurrence of a manual override event. In step 1002, the server retrieves the primary data points used to infer the occurrence of a manual override from one or more databases in overall database structure 300. The data should include each of the following: for the most recent point for which it can obtain such data (time0) the actual setpoint as recorded at the thermostat (A0); for the point immediately prior to time0, (time-1), the actual setpoint recorded for the thermostat (A-1); for time0 the setpoint as scheduled by server 106 according to the standard setpoint programming (S0), and for time0 the setpoint as scheduled by server 106 according to the standard setpoint programming (S-1). In step 1004, the server retrieves any additional automated setpoint changes C that have been scheduled for the thermostat by server 106 at time0. Such changes may include algorithmic changes intended to reduce energy consumption, etc. In step 1006 the server calculates the difference (dA) between A0 and A-1; for example, if the setpoint at T0 is 67 degrees at T-1 and 69 at T0, dA is +2; if the setpoint at T-1 is 70 and the setpoint at T0 is 66, dA is -4. In step 1008, the server performs similar steps in order to calculate dS, the difference between S0 and S-1. This is necessary because, for example, the setpoint may have been changed because the server itself had just executed a change, such as a scheduled change from "away" to "home" mode. In step 1010 the server evaluates and sums all active algorithms and other server-initiated strategies to determine their net effect on setpoint at time0. For example, if one algorithm has increased setpoint at time0 by 2 degrees as a short-term energy savings measure, but another algorithm has decreased the setpoint by one degree to compensate for expected subjective reactions to weather conditions, the net algorithmic effect sC is +1 degree.

In step 1012, the server calculates the value for M, where M is equal to the difference between actual setpoints dA, less the difference between scheduled setpoints dS, less the aggregate of algorithmic change sC. In step 1014 the server evaluates this difference. If the difference equals zero, the server concludes that no manual override has occurred, and the routine terminates. But if the difference is any value other than zero, then the server concludes that a manual override has occurred. Thus in step 1016 the server logs the occurrence of an override to one or more databases in overall database structure 300.

The process of interpreting a manual override is shown in FIG. 8. 1102 is the detection of an override, as described in detail in FIG. 7 In step 1104 the server retrieves contextual data required to interpret the manual override. Such data may include current and recent weather conditions, current and recent inside temperatures, etc. This data is helpful because it is likely that manual overrides are at least in part deterministic: that is, that they may often be explained by such contextual data, and that such understanding can permit anticipation of the desire on the part of the occupants to override and to adjust programming accordingly, so as to anticipate and obviate the need for such changes. In step 1106 the server, retrieves any override data from the period preceding the specific override being evaluated that has not yet been evaluated by and incorporated into the long-term programming and rules engines as described below in FIG. 9. The amount of data may be for a period of a few hours to as long as several days or more. Recent data will be more heavily weighted than older data in order to assure rapid adaptation to situations in which manual overrides represent stable changes such as changes in work schedules, etc. In step 1108 the server retrieves the stored rules for the subject thermostat 108. Such rules may include weather and time-related inferences such as "if outside temperature is greater

Copy provided by USPTO from the PIRS Image Database on 08-28-2019

than 85 degrees and inside temperature is more than 2 degrees above setpoint and manual override lowers setpoint by 3 or more degrees, then revert to original setpoint in 2 hours," or "if heating setpoint change is scheduled from "away" to "home" within following 2 hours after detected override, and override increases setpoint by at least 2 degrees, then change to "home" setting," or the like. In step **1110** the server applies the rules to the override and determines which rule, if any, should be applied as a result of the override. In step **1112** the server determines whether to alter the current setpoint as a result of applying the rules in step **1110**. If no setpoint change is indicated, then the server proceeds to step **1118**. If a setpoint change is indicated, then in step **1114** the server transmits the setpoint change to the thermostat, and in step **1116** it records that change to one or more databases in overall database structure **300**.

In order to ensure that both the stored rules for interpreting manual overrides and the programming itself continue to most accurately reflect the intentions of the occupants, the server will periodically review both the rules used to interpret overrides and the setpoint scheduling employed. FIG. **9** shows the steps used to incorporate manual overrides into the long-term rules and setpoint schedule. In step **1202** the server retrieves the stored programming for a given thermostat as well as the rules for interpreting overrides for that thermostat. In step **1204** the server retrieves the recent override data as recorded in FIGS. **7** and **8** to be evaluated for possible revisions to the rules and the programming. In step **1206** the server retrieves the contextual data regarding overrides retrieved in step **1204** (Because the process illustrated in FIG. **9** is not presently expected to be executed as a real-time process, and to be run anywhere from once per day to once per month, the range and volume of contextual data to be evaluated is likely to be greater than in the process illustrated in FIG. **8**). In step **1208** the server interprets the overrides in light of the existing programming schedule, rules for overrides, contextual data, etc. In step **1210** the server determines whether, as a result of those overrides as interpreted, the rules for interpreting manual overrides should be revised. If the rules are not to be revised, the server moves to step **1214**. If the rules are to be revised, then in step **1212** the server revises the rules and the new rules are stored in one or more databases in overall database structure **300**. In step **1214** the server determines whether any changes to the baseline programming for the thermostat should be revised. If not the routine terminates. If revisions are warranted, then in step **1216** the server retrieves from database **900** the permissions the server has to make autonomous changes to settings. If the server has been given permission to make the proposed changes, then in step **1218** the server revises the thermostat's programming and writes the changes to one or more databases in overall database structure **300**. If the server has not been authorized to make such changes autonomously, then in step **1220** the server transmits the recommendation to change settings to the customer in the manner previously specified by the customer, such as email, changes to the customer's home page as displayed on website **200**, etc.

FIG. **10** shows an example of some of the contextual data that may be used by the server in order to interpret manual overrides. Such data may include inside temperature **1302**, outside temperature **1304**, cloud cover **1306**, humidity **1308**, barometric pressure **1310**, wind speed **1312**, and wind direction **1314**.

Each of these data points should be captured at frequent intervals. In the preferred embodiment, as shown in FIG. **10**, the interval is once every 60 seconds.

Additional means of implementing the instant invention may be achieved using variations in system architecture. For example, much or even all of the work being accomplished by remote server **106** may also be done by thermostat **108** if that device has sufficient processing capabilities, memory, etc. Alternatively, some or all of these steps may be undertaken by a local processor such as a local personal computer, gateway **112**, or by a dedicated appliance having the requisite capabilities.

While certain embodiments of the inventions have been described, these embodiments have been presented by way of example only, and are not intended to limit the scope of the inventions. Indeed, the novel methods and systems described herein may be embodied in a variety of other forms; furthermore, various omissions, substitutions and changes in the form of the methods and systems described herein may be made without departing from the spirit of the inventions. The accompanying claims and their equivalents are intended to cover such forms or modifications as would fall within the scope and spirit of the inventions.

What is claimed is:

1. A method for detecting manual changes to one or more setpoints for a thermostatic controller comprising:
   providing a thermostatic controller operatively connected to a heating ventilation and air conditioning system, the one or more setpoints of the heating ventilation and air conditioning system being manually changeable;
   calculating with at least one computer, scheduled programming of the thermostatic controller for one or more times to control the heating ventilation and air conditioning system, the scheduled programming comprising at least a first automated setpoint at a first time;
   recording, with the thermostatic controller, actual setpoints of the heating ventilation and air condition system;
   communicating the actual setpoints from the one or more thermostatic controllers to the at least one computer;
   generating with the at least one computer, a difference value based on comparing at least one of the actual setpoints at the first time for the thermostatic controller to the first automated setpoint for the thermostatic controller;
   detecting a manual change to the first automated setpoint by determining whether the at least one of the actual setpoints and the first automated setpoint are the same or different based on the difference value; and
   logging the manual change to a database.

2. A method as in claim **1** where the thermostatic controller operates a system for changing the air temperature in a structure.

3. A method as in claim **1** where the thermostatic controller operates a heating, ventilation and air conditioning system.

4. A method as in claim **1** where the thermostatic controller operates a heating, ventilation and air conditioning system in a single family residence.

5. A method as in claim **1** in which the at least one computer communicates with the thermostatic controller.

6. A method as in claim **5** in which the at least one computer is not located in the same structure as the thermostatic controller.

7. A method as in claim **5** in which the at least one computer sets programming for the thermostatic controller.

8. A method as in claim **1** in which the thermostatic controller is programmable.

9. A method for incorporating manual changes to one or more setpoints for a thermostatic controller, the method comprising:
   providing a thermostatic controller operatively connected to a heating ventilation and air conditioning system, the one or more setpoints of the heating ventilation and air conditioning system being manually changeable;
   calculating scheduled programming of automated setpoints in the thermostatic controller based on the scheduled programming comprising at least a first automated setpoint at a first time and a second automated setpoint at a second time to control the heating ventilation and air conditioning system;
   recording, with the thermostatic controller, actual setpoints of the heating ventilation and air condition system;
   communicating the actual setpoints from the thermostatic controller to the at least one computer;
   comparing at least one of the actual setpoints at the first time for the thermostatic controller to the first automated setpoint for the thermostatic controller;
   detecting a manual change to the first automated setpoint by determining whether the at least one of the actual setpoints and the first automated setpoint are the same or different; and
   changing the operation of the heating ventilation and air conditioning system by changing the second automated setpoint at the second time based on at least one rule for the interpretation of the manual change.

10. A method as in claim 9 where the thermostatic controller operates a system for changing the air temperature in a structure.

11. A method as in claim 9 where the thermostatic controller operates a heating, ventilation and air conditioning system.

12. A method as in claim 9 where the thermostatic controller operates a heating, ventilation and air conditioning system in a single family residence.

13. A method as in claim 9 in which at least one computer is in communication with the thermostatic controller.

14. A method as in claim 13 in which the at least one computer is not located in the same structure as the thermostatic controller.

15. A method as in claim 13 in which the at least one computer sets programming for the thermostatic controller.

16. A system as in claim 9 in which the thermostatic controller is programmable.

17. An apparatus for detecting manual changes to one or more automated setpoints for a thermostatic controller, the apparatus comprising:
   a programmable communicating thermostat operatively connected to a heating ventilation and air conditioning system, the one or more automated setpoints of the heating ventilation and air conditioning system being manually changeable;
   at least an electronic storage medium comprising stored data of a plurality of internal temperature measurements taken within a structure;
   computer hardware configured to communicate with the electronic storage medium and with the programmable communicating thermostat;
   wherein the programmable communicating thermostat records actual setpoints of the heating ventilation and air condition system; wherein the computer hardware is further configured to store in the electronic storage medium, the one or more automated setpoints associated with scheduled programming of the programmable communicating thermostat;
   wherein the computer hardware is further configured to obtain the actual setpoints from the programmable communicating thermostat and store the actual setpoints in the electronic storage medium;
   wherein the computer hardware is further configured to compare the one or more automated setpoints associated with the scheduled programming with at least one of the actual setpoints; and
   wherein the computer hardware is further configured to detect a manual change to the one or more automated setpoints by determining whether the at least one of the actual setpoints and the one or more automated setpoints are the same or different based on the difference value.

18. An apparatus as in claim 17 where the programmable communicating thermostat operates a system for changing the air temperature in a structure.

19. An apparatus as in claim 17 where the programmable communicating thermostat operates a heating, ventilation and air conditioning system.

20. An apparatus as in claim 17 where the programmable communicating thermostat operates a heating, ventilation and air conditioning system in a single family residence.

21. An apparatus as in claim 17 further comprising the programmable communicating thermostat.

22. An apparatus as in claim 17 in which the computer hardware is not located in the same structure as the programmable communicating thermostat.

23. An apparatus as in claim 17 in which the computer hardware sets programming for the programmable communicating thermostat.

24. An apparatus as in claim 17 in which the electronic storage medium comprises one or more databases.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 08-28-2019