# Exhibit 8

# Exhibit 20 - U.S. Patent No. 10,018,371 ("'371 Patent")

Accused Instrumentality: Nest's smart thermostats (e.g., Nest Learning Thermostat), and all versions and variations thereof since the issuance of the asserted patent.

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[pre]. A method for detecting manual changes to one or more setpoints for a thermostatic controller comprising: | Accused Instrumentality performs a method for detecting manual changes to one or more setpoints for a thermostatic controller.<br><br>[image of Nest thermostat displaying "70"] |
| 1[a] providing a thermostatic controller operatively connected to a heating ventilation and air conditioning system, the one or more setpoints of the heating ventilation and air conditioning system being manually changeable; | Accused Instrumentality performs providing a thermostatic controller operatively connected to a heating ventilation and air conditioning system, the one or more setpoints of the heating ventilation and air conditioning system being manually changeable. |

| | |
|---|---|
| | **Learning on day one**<br><br>Your thermostat can start learning your temperature preferences from the day you start using it.<br><br>Simply turn the ring to select a new temperature whenever you like. Your thermostat will remember your choice and add it to the schedule that it's building for you.<br><br>While your thermostat is learning, the exact behavior you'll see depends on which model you have:<br><br><br><br>• **3rd, 2nd, or 1st gen Nest Learning Thermostat**: When you adjust the temperature on the first day, your Nest thermostat will hold that temperature until someone changes it. For instance, if you set your thermostat to 70°F (21°C), it will stay at that temperature until it's changed.<br>• **Nest Thermostat E**: During setup, you'll have the option to choose a pre-programmed schedule that balances energy savings and comfort.<br>  • If you chose the pre-programmed schedule and **also** have Auto-Schedule turned on, your thermostat will learn your preferences on top of the pre-programmed schedule. So your thermostat will hold its current temperature until someone changes it, or until the next scheduled temperature change, whichever comes first.<br>  • If you chose **not** to use the pre-programmed schedule, your thermostat will simply hold the temperature until someone changes it.<br>  • Learn about your options in our article about Nest thermostat schedules.<br><br>https://support.google.com/googlenest/answer/9247510?hl=en |
| 1[b] calculating with at least one computer, scheduled programming of the thermostatic controller for one or more times to control the heating ventilation and air conditioning system, the scheduled programming comprising at least a first automated setpoint at a first time; | Accused Instrumentality performs calculating with at least one computer, scheduled programming of the thermostatic controller for one or more times to control the heating ventilation and air conditioning system, the scheduled programming comprising at least a first automated setpoint at a first time. |

### Learning on day two

On day two, your thermostat will continue learning a personalized schedule using any temperatures you've set. Your thermostat will also try to learn when you're home or away by how often you adjust the temperature or walk in front of your thermostat.

If you don't like the temperature your thermostat learned from day one, simply turn the ring. Any changes you make will help set your schedule for the following days.

**Note:** Your Nest thermostat starts a new day at midnight. Adjustments made very late at night may not affect your early morning schedule.

### Learning after a few days

After a few days, your Nest thermostat will have a decent idea about what temperatures you prefer throughout the day. But it will continue to fine-tune the schedule if you make further adjustments.

### Learning after about a week and going forward

After about a week, your thermostat will have learned your temperature preferences and it will have settled on a schedule for you.

It will never stop learning, but now it will be less sensitive to each change you make. Going forward, your Nest thermostat will only learn from a **pattern of at least two similar changes**.

Here are some examples of patterns your thermostat can learn, and how they will change your temperature schedule.

| Pattern of temperature changes | How it changes your thermostat's schedule |
| --- | --- |
| Two weekdays in a row (Monday and Tuesday) | All weekdays (Monday to Friday) |
| Same day two weeks in a row (two Mondays in a row) | That day of the week (every Monday) |
| Two weekend days in row (Saturday and Sunday) | All weekend days (Saturday and Sunday) |
| Two days in a row including a weekday and a weekend (Friday and Saturday) | All seven days of the week (Monday to Sunday) |

https://support.google.com/googlenest/answer/9247510?hl=en

| | |
|---|---|
| 1[c] recording, with the thermostatic controller, actual setpoints of the heating ventilation and air condition system; | Accused Instrumentality performs recording, with the thermostatic controller, actual setpoints of the heating ventilation and air condition system.<br><br>**Learning on day one**<br><br>Your thermostat can start learning your temperature preferences from the day you start using it.<br><br>Simply turn the ring to select a new temperature whenever you like. Your thermostat will remember your choice and add it to the schedule that it's building for you.<br><br>While your thermostat is learning, the exact behavior you'll see depends on which model you have:<br><br>• **3rd, 2nd, or 1st gen Nest Learning Thermostat**: When you adjust the temperature on the first day, your Nest thermostat will hold that temperature until someone changes it. For instance, if you set your thermostat to 70°F (21°C), it will stay at that temperature until it's changed.<br>• **Nest Thermostat E**: During setup, you'll have the option to choose a pre-programmed schedule that balances energy savings and comfort.<br>  • If you chose the pre-programmed schedule and **also** have Auto-Schedule turned on, your thermostat will learn your preferences on top of the pre-programmed schedule. So your thermostat will hold its current temperature until someone changes it, or until the next scheduled temperature change, whichever comes first.<br>  • If you chose **not** to use the pre-programmed schedule, your thermostat will simply hold the temperature until someone changes it.<br>• Learn about your options in our article about Nest thermostat schedules.<br><br>https://support.google.com/googlenest/answer/9247510?hl=en |
| 1[d] communicating the actual setpoints from the one or more thermostatic controllers to the at least one computer; | Accused Instrumentality performs communicating the actual setpoints from the one or more thermostatic controllers to the at least one computer. |

| | |
|---|---|
| | **Learning on day one**<br><br>Your thermostat can start learning your temperature preferences from the day you start using it.<br><br>Simply turn the ring to select a new temperature whenever you like. Your thermostat will remember your choice and add it to the schedule that it's building for you.<br><br>While your thermostat is learning, the exact behavior you'll see depends on which model you have:<br><br>• **3rd, 2nd, or 1st gen Nest Learning Thermostat**: When you adjust the temperature on the first day, your Nest thermostat will hold that temperature until someone changes it. For instance, if you set your thermostat to 70°F (21°C), it will stay at that temperature until it's changed.<br>• **Nest Thermostat E**: During setup, you'll have the option to choose a pre-programmed schedule that balances energy savings and comfort.<br>  • If you chose the pre-programmed schedule and **also** have Auto-Schedule turned on, your thermostat will learn your preferences on top of the pre-programmed schedule. So your thermostat will hold its current temperature until someone changes it, or until the next scheduled temperature change, whichever comes first.<br>  • If you chose **not** to use the pre-programmed schedule, your thermostat will simply hold the temperature until someone changes it.<br>  • Learn about your options in our article about Nest thermostat schedules.<br><br>https://support.google.com/googlenest/answer/9247510?hl=en |
| 1[e] generating with the at least one computer, a difference value based on comparing at least one of the actual setpoints at the first time for the thermostatic controller to the first automated setpoint for the thermostatic controller; | Accused Instrumentality performs generating with the at least one computer, a difference value based on comparing at least one of the actual setpoints at the first time for the thermostatic controller to the first automated setpoint for the thermostatic controller. |

### Learning on day two

On day two, your thermostat will continue learning a personalized schedule using any temperatures you've set. Your thermostat will also try to learn when you're home or away by how often you adjust the temperature or walk in front of your thermostat.

If you don't like the temperature your thermostat learned from day one, simply turn the ring. Any changes you make will help set your schedule for the following days.

**Note:** Your Nest thermostat starts a new day at midnight. Adjustments made very late at night may not affect your early morning schedule.

### Learning after a few days

After a few days, your Nest thermostat will have a decent idea about what temperatures you prefer throughout the day. But it will continue to fine-tune the schedule if you make further adjustments.

### Learning after about a week and going forward

After about a week, your thermostat will have learned your temperature preferences and it will have settled on a schedule for you.

It will never stop learning, but now it will be less sensitive to each change you make. Going forward, your Nest thermostat will only learn from a **pattern of at least two similar changes**.

Here are some examples of patterns your thermostat can learn, and how they will change your temperature schedule.

| Pattern of temperature changes | How it changes your thermostat's schedule |
| --- | --- |
| Two weekdays in a row (Monday and Tuesday) | All weekdays (Monday to Friday) |
| Same day two weeks in a row (two Mondays in a row) | That day of the week (every Monday) |
| Two weekend days in row (Saturday and Sunday) | All weekend days (Saturday and Sunday) |
| Two days in a row including a weekday and a weekend (Friday and Saturday) | All seven days of the week (Monday to Sunday) |

https://support.google.com/googlenest/answer/9247510?hl=en

| | |
|---|---|
| 1[f] detecting a manual change to the first automated setpoint by determining whether the at least one of the actual setpoints and the first automated setpoint are the same or different based on the difference value; and | Accused Instrumentality performs detecting a manual change to the first automated setpoint by determining whether the at least one of the actual setpoints and the first automated setpoint are the same or different based on the difference value. |

### Learning on day two

On day two, your thermostat will continue learning a personalized schedule using any temperatures you've set. Your thermostat will also try to learn when you're home or away by how often you adjust the temperature or walk in front of your thermostat.

If you don't like the temperature your thermostat learned from day one, simply turn the ring. Any changes you make will help set your schedule for the following days.

**Note:** Your Nest thermostat starts a new day at midnight. Adjustments made very late at night may not affect your early morning schedule.

### Learning after a few days

After a few days, your Nest thermostat will have a decent idea about what temperatures you prefer throughout the day. But it will continue to fine-tune the schedule if you make further adjustments.

### Learning after about a week and going forward

After about a week, your thermostat will have learned your temperature preferences and it will have settled on a schedule for you.

It will never stop learning, but now it will be less sensitive to each change you make. Going forward, your Nest thermostat will only learn from a **pattern of at least two similar changes**.

Here are some examples of patterns your thermostat can learn, and how they will change your temperature schedule.

| Pattern of temperature changes | How it changes your thermostat's schedule |
| --- | --- |
| Two weekdays in a row (Monday and Tuesday) | All weekdays (Monday to Friday) |
| Same day two weeks in a row (two Mondays in a row) | That day of the week (every Monday) |
| Two weekend days in row (Saturday and Sunday) | All weekend days (Saturday and Sunday) |
| Two days in a row including a weekday and a weekend (Friday and Saturday) | All seven days of the week (Monday to Sunday) |

https://support.google.com/googlenest/answer/9247510?hl=en

| | |
|---|---|
| 1[g] logging the manual change to a database. | Accused Instrumentality performs logging the manual change to a database.<br><br>**Learning on day two**<br><br>On day two, your thermostat will continue learning a personalized schedule using any temperatures you've set. Your thermostat will also try to learn when you're home or away by how often you adjust the temperature or walk in front of your thermostat.<br><br>If you don't like the temperature your thermostat learned from day one, simply turn the ring. Any changes you make will help set your schedule for the following days.<br><br>**Note:** Your Nest thermostat starts a new day at midnight. Adjustments made very late at night may not affect your early morning schedule.<br><br>**Learning after a few days**<br><br>After a few days, your Nest thermostat will have a decent idea about what temperatures you prefer throughout the day. But it will continue to fine-tune the schedule if you make further adjustments.<br><br>**Learning after about a week and going forward**<br><br>After about a week, your thermostat will have learned your temperature preferences and it will have settled on a schedule for you.<br><br>It will never stop learning, but now it will be less sensitive to each change you make. Going forward, your Nest thermostat will only learn from a **pattern of at least two similar changes**.<br><br>Here are some examples of patterns your thermostat can learn, and how they will change your temperature schedule.<br><br>| Pattern of temperature changes | How it changes your thermostat's schedule |<br>|---|---|<br>| Two weekdays in a row (Monday and Tuesday) | All weekdays (Monday to Friday) |<br>| Same day two weeks in a row (two Mondays in a row) | That day of the week (every Monday) |<br>| Two weekend days in row (Saturday and Sunday) | All weekend days (Saturday and Sunday) |<br>| Two days in a row including a weekday and a weekend (Friday and Saturday) | All seven days of the week (Monday to Sunday) | |

| | |
|---|---|
| | https://support.google.com/googlenest/answer/9247510?hl=en |
| 9[pre]. A method for incorporating manual changes to one or more setpoints for a thermostatic controller, the method comprising: | Accused Instrumentality performs a method for incorporating manual changes to one or more setpoints for a thermostatic controller.<br><br>*See* claim 1[pre]. |
| 9[a] providing a thermostatic controller operatively connected to a heating ventilation and air conditioning system, the one or more setpoints of the heating ventilation and air conditioning system being manually changeable; | Accused Instrumentality performs providing a thermostatic controller operatively connected to a heating ventilation and air conditioning system, the one or more setpoints of the heating ventilation and air conditioning system being manually changeable.<br><br>*See* claim 1[a]. |
| 9[b] calculating scheduled programming of automated setpoints in the thermostatic controller based on the scheduled programming comprising at least a first automated setpoint at a first time and a second automated setpoint at a second time to control the heating ventilation and air conditioning system; | Accused Instrumentality performs calculating scheduled programming of automated setpoints in the thermostatic controller based on the scheduled programming comprising at least a first automated setpoint at a first time and a second automated setpoint at a second time to control the heating ventilation and air conditioning system.<br><br>*See* claim 1[b]. |
| 9[c] recording, with the thermostatic controller, actual setpoints of the heating ventilation and air condition system; | Accused Instrumentality performs recording, with the thermostatic controller, actual setpoints of the heating ventilation and air condition system.<br><br>*See* claim 1[c]. |
| 9[d] communicating the actual setpoints from the thermostatic controller to the at least one computer; | Accused Instrumentality performs communicating the actual setpoints from the thermostatic controller to the at least one computer.<br><br>*See* claim 1[d]. |
| 9[e] comparing at least one of the actual setpoints at the first time for the thermostatic controller to the first automated setpoint for the thermostatic controller; | Accused Instrumentality performs comparing at least one of the actual setpoints at the first time for the thermostatic controller to the first automated setpoint for the thermostatic controller.<br><br>*See* claim 1[e]. |

| | |
|---|---|
| 9[f] detecting a manual change to the first automated setpoint by determining whether the at least one of the actual setpoints and the first automated setpoint are the same or different; and | Accused Instrumentality performs detecting a manual change to the first automated setpoint by determining whether the at least one of the actual setpoints and the first automated setpoint are the same or different.<br><br>*See* claim 1[f]. |
| 9[g] changing the operation of the heating ventilation and air conditioning system by changing the second automated setpoint at the second time based on at least one rule for the interpretation of the manual change. | Accused Instrumentality performs changing the operation of the heating ventilation and air conditioning system by changing the second automated setpoint at the second time based on at least one rule for the interpretation of the manual change. |

### Learning on day two

On day two, your thermostat will continue learning a personalized schedule using any temperatures you've set. Your thermostat will also try to learn when you're home or away by how often you adjust the temperature or walk in front of your thermostat.

If you don't like the temperature your thermostat learned from day one, simply turn the ring. Any changes you make will help set your schedule for the following days.

**Note:** Your Nest thermostat starts a new day at midnight. Adjustments made very late at night may not affect your early morning schedule.

### Learning after a few days

After a few days, your Nest thermostat will have a decent idea about what temperatures you prefer throughout the day. But it will continue to fine-tune the schedule if you make further adjustments.

### Learning after about a week and going forward

After about a week, your thermostat will have learned your temperature preferences and it will have settled on a schedule for you.

It will never stop learning, but now it will be less sensitive to each change you make. Going forward, your Nest thermostat will only learn from a **pattern of at least two similar changes**.

Here are some examples of patterns your thermostat can learn, and how they will change your temperature schedule.

| Pattern of temperature changes | How it changes your thermostat's schedule |
| --- | --- |
| Two weekdays in a row (Monday and Tuesday) | All weekdays (Monday to Friday) |
| Same day two weeks in a row (two Mondays in a row) | That day of the week (every Monday) |
| Two weekend days in row (Saturday and Sunday) | All weekend days (Saturday and Sunday) |
| Two days in a row including a weekday and a weekend (Friday and Saturday) | All seven days of the week (Monday to Sunday) |

https://support.google.com/googlenest/answer/9247510?hl=en

| | |
|---|---|
| | *See also* claim 1[g]. |
| 17[pre]. An apparatus for detecting manual changes to one or more automated setpoints for a thermostatic controller, the apparatus comprising: | Accused Instrumentality includes an apparatus for detecting manual changes to one or more automated setpoints for a thermostatic controller.<br><br>*See* claim 1[pre]. |
| 17[a] a programmable communicating thermostat operatively connected to a heating ventilation and air conditioning system, the one or more automated setpoints of the heating ventilation and air conditioning system being manually changeable; | Accused Instrumentality includes a programmable communicating thermostat operatively connected to a heating ventilation and air conditioning system, the one or more automated setpoints of the heating ventilation and air conditioning system being manually changeable.<br><br>*See* claim 1[a]. |
| 17[b] at least an electronic storage medium comprising stored data of a plurality of internal temperature measurements taken within a structure; | Accused Instrumentality includes at least an electronic storage medium comprising stored data of a plurality of internal temperature measurements taken within a structure.<br><br>Temperature measurement of first location conditioned by HVAC system (i.e., room temperature) |
| 17[c] computer hardware configured to communicate with the electronic storage | Accused Instrumentality includes computer hardware configured to communicate with the electronic storage medium and with the programmable communicating thermostat. |

| | |
|---|---|
| medium and with the programmable communicating thermostat; | *See* claim 1[d]. |
| 17[d] wherein the programmable communicating thermostat records actual setpoints of the heating ventilation and air condition system; wherein the computer hardware is further configured to store in the electronic storage medium, the one or more automated setpoints associated with scheduled programming of the programmable communicating thermostat; | Accused Instrumentality includes the programmable communicating thermostat recording actual setpoints of the heating ventilation and air condition system; wherein the computer hardware is further configured to store in the electronic storage medium, the one or more automated setpoints associated with scheduled programming of the programmable communicating thermostat.<br><br>*See* claim 1[b] & 1[c]. |
| 17[e] wherein the computer hardware is further configured to obtain the actual setpoints from the programmable communicating thermostat and store the actual setpoints in the electronic storage medium; | Accused Instrumentality includes the computer hardware that is further configured to obtain the actual setpoints from the programmable communicating thermostat and store the actual setpoints in the electronic storage medium.<br><br>*See* claim 1[c]. |
| 17[f] wherein the computer hardware is further configured to compare the one or more automated setpoints associated with the scheduled programming with at least one of the actual setpoints; and | Accused Instrumentality includes the computer hardware that is further configured to compare the one or more automated setpoints associated with the scheduled programming with at least one of the actual setpoints.<br><br>*See* claim 1[e]. |
| 17[g] wherein the computer hardware is further configured to detect a manual change to the one or more automated setpoints by determining whether the at least one of the actual setpoints and the one or more automated setpoints are the same or different based on the difference value. | Accused Instrumentality includes the computer hardware that is further configured to detect a manual change to the one or more automated setpoints by determining whether the at least one of the actual setpoints and the one or more automated setpoints are the same or different based on the difference value.<br><br>*See* claim 1[f]. |